AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Keaston Dahja Kinard  )  <br> *Plaintiff*  ) <br> v.  ) <br> Sgt N Bartee  )  <br> *Defendant*  ) | Civil Action No.   8:19-cv-03562-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other: **DISMISSES WITH PREJUDICE** this action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

X decided by the Honorable  Richard Mark Gergel

Date:   November 4, 2020                                      *CLERK OF COURT*

                                                                                         s/Rob Weber, Deputy Clerk
                                                                                    *Signature of Clerk or Deputy Clerk*